E-FILED
Tuesday, 26 February, 2008  11:20:27 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-10069 |
| HENRY H. JOHNSON, II, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of United States Magistrate Judge John A. Gorman, to which there has been no timely objection, the plea of guilty of the Defendant to Counts 1 is hereby accepted, and Defendant is adjudged guilty of such offenses.

Sentencing remains scheduled on May 29, 2008 at 1:00 p.m.

ENTERED this 26th day of February, 2008.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge